UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLOS A. MCGREW (#413135)

VERSUS

DR. JONATHAN ROUNDTREE, ET AL

CIVIL ACTION

NO. 09-859-RET

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 3, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss Official Capacity Claims (rec.doc. 30), is granted in part, dismissing the plaintiff's claims for monetary damages asserted against the defendants in their official capacities, and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, August 24, 2010

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA